AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JUAN RAMON GRANADOS LAINEZ<br>a/k/a "Juan Ramon Granados-Lainez," "Juan Ramon Granado," "Juan Ramon Granados," "Ramon Juan Granado Laines," and Ramon Juan Laines<br>*Defendant(s)* | )<br>)<br>)  Case No. 1:10MJ755<br>)<br>)<br>) |

*[Filed stamp: NOV 3 - 2010, CLERK, U.S. DISTRICT COURT, ALEXANDRIA, VA]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 21, 2010__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | An alien, having been deported and removed, and having departed the United States while an order of deportation and removal was outstanding, was found in the United States without having obtained express permission to reapply for admission from the Attorney General or the Secretary of the Department of Homeland Security. |

This criminal complaint is based on these facts:

(See attached affidavit)

☒ Continued on the attached sheet.

*Complainant's signature*
Cory Eberle, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/03/2010__

City and state: __Alexandria, Virginia__

/s/Thomas Rawles Jones, Jr.
*Judge's signature*
The Honorable T. Rawles Jones, Jr.
*Printed name and title*